IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA DEW, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:18-cv-00847 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| CORECIVIC OF TENNESSEE, LLC, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ORDER

The Court having approved the parties' settlement by separate order, judgment is hereby entered for the named and opt-in Plaintiffs against Defendant in the total amount of $160,000, payments to be made as follows:

Attorneys' fees: $53,333.33
Class administrative costs: $5,700.00
Attorneys' expenses: $24,789.79
Service award: $7,000.00
Payment to class members: $69,176.88

This action is dismissed with prejudice, and the Clerk is directed to close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE